1 | PHILLIP A. TALBERT
United States Attorney
2 | JEFFREY A. SPIVAK
Assistant U.S. Attorney
3 | COURTNEY O. CARROLL
Special Assistant United States Attorney
4 | 2500 Tulare Street, Suite 4401
Fresno, California 93721
5 | Telephone: (559) 497-4000

6 | Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:21-po-00329-SAB |
|---|---|
| Plaintiff, | |
| v. | MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE |
| SEMAJE L. WILLIAMS, | |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, Jeffrey A. Spivak, Assistant United States Attorney, and Courtney O. Carroll, Special Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss this case in the interest of justice without prejudice.

DATED: January 25, 2022                    Respectfully submitted,

PHILLIP A. TALBERT
Acting United States Attorney

By:   /s/ Jeffrey A. Spivak
      JEFFREY A. SPIVAK
      Assistant U.S. Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice.

IT IS SO ORDERED.

Dated: **January 25, 2022**

UNITED STATES MAGISTRATE JUDGE